UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Michael J. West
*Plaintiff*,

-v-

ABM Industries Inc.

Dallas-Fort Worth International Airport F.I.C.

3-19CV-2822 X

Civil Action No.

# COMPLAINT FOR A CIVIL CASE
## And Jury Demand

## I. Parties to this Complaint

### A. The Plaintiff

Michael J. West
630 Primavera Drive
Arlington, TX 76002
(682) 438-6883
MICHAEL.J.WEST@HOTMAIL.COM

### B. The Defendants

1. ABM Industries Inc.
   One Liberty Plaza
   7th Floor
   New York, NY 10006
   (212) 297-0200

2. Dallas-Fort Worth International Airport/Facility Improvement Corporation
   2400 Aviation Drive
   DFW Airport, TX 75261 (972) 973-3112

1

## II. Basis for Jurisdiction

**A.** The Basis for Jurisdiction Is a Federal Question, and is being brought pursuant to:

    1. The Americans with Disabilities Act of 1990, most notably:

        (a) 42 U.S.C. 12112

        (b) 42 U.S.C. 12203

    2. Code of Federal Regulations, most notably:

        (a) 49 C.F.R. 390.6; 390.13

        (b) 49 C.F.R. 390.36

## III. Roles of the Defendants

    1. **ABM Industries Incorporated-** is contracted to operate the Employee Shuttle bus system on behalf of the DFW Airport. Through its division ABM/Aviation, ABM manages day to day operation of the Employee Shuttle system. Upper management of ABM/Aviation provides daily reports to DFW Airport/FIC. I worked for the ABM/Aviation division of ABM Industries Inc. I was hired through a staffing agency. After my promotion I was urged to become a regular ABM employee. I electronically signed releases for background and drug screening. I am still paid by the staffing agency.

    2. **Dallas-Fort Worth International Airport/Facility Improvement Corporation** is, to the best of my knowledge, the actual operator/carrier of the buses we manage. As the carrier DFW/FIC is ultimately accountable to the Department of Transportation. DFW/FIC exerts authority and oversight in the operation of the Employee Shuttle system through its division, the Parking Business Unit.

As a driver, PBU personnel were restricted from directly interacting with me. After my promotion to Field Supervisor; I had limited interaction with the airport employees performing oversight through its division called the *Parking Business Unit*. Their individual employees are known as Q/A(s).

Most pertinent to my cause, as the *DOT licensee/carrier*, they would have the authority to own/ view the data collected by SmartDrive™ monitoring and analytic cameras. SmartDrive™ is installed in all the buses and supervisor vehicles I drove and rode in.

## STATEMENT OF CLAIM

1. I have fourteen years of commercial motor coach driving experience. In March of 2019, I was hired through a staffing agency to drive the Employee Shuttle at The Dallas Fort Worth International airport (DFW). After four months I was offered a promotion to become a Field Supervisor. In early August 2019, I was reassigned to the overnight (first) shift after a month of supervisor's training.

2. The shift manager was very knowledgeable, fair, and had a firm command over operations. She assigned me to a very "desirable" sector, supervising very capable drivers. She was very patient, allowed me to make mistakes, and would offer suggestions for improvement one on one. During this first week my personal vehicle was vandalized in the base-operations lot.

3. On August 9th she informed the entire shift; the following night would be her last and quit.

4. On August 11th a dispatcher filled the void, that night the dispatcher sabotaged my work efforts. After my shift I emailed a two page complaint letter to the site manager.

5. Two days later I was called into a meeting conducted by an assistant site manager, and another individual that became my shift manager. The meeting was centered around my personal characteristics and the quality of my home life. I was also asked to explain the reasoning for writing my complaint letter. Our conversation never approached remedies.

6. Within the week, the new shift manager was installed. A steady pattern of harassment and less than desirable work demands followed including, but not limited to the following:

- Not being allowed to drive a supervisor's vehicle, at times, even though one was available, another supervisor to whom a vehicle was not essential would receive it. Causing me to seek treatment for disabling pain.
- Being assigned to drive a bus with known roach infestation
- Asked to attempt to start a bus I had ordered out of commission two days earlier (and not yet repaired) for a defect in the fueling system
- Excessive monitoring by the SmartDrive™ video & analytics system
- A failure by two managers with knowledge, to return my misplaced cell phone and destruction of data on its detachable memory card.
- Being at times coerced to drive non-DOT compliant bus(es), once being *sent home* for refusing to do so.

7. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including damages, costs, and any attorney fees that may arise in the course of this action.

DATED: 11/26/2019

Mr. Michael J. West- pro se plaintiff
630 Primavera Drive
Arlington, TX 76002
MICHAEL.J.WEST@HOTMAIL.COM

*[signature]*

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Michael J. West

## DEFENDANTS
ABM INDUSTRIES INC.
DALLAS-FORT WORTH INTERNATIONAL AIRPORT F.I.C.

**(b)** County of Residence of First Listed Plaintiff   TARRANT
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   NEW YORK
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE

Attorneys *(If Known)*

3-19CV-2822X

RECEIVED NOV 26 2019 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | **IMMIGRATION** | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | | ☐ 462 Naturalization Application | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | ☐ 465 Other Immigration Actions | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 12112, 12203; 49 C.F.R. 390.6, 390.13, 390.36
Brief description of cause:
EMPLOYMENT DISCRIMINATION AND HARRASSMENT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 344,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 11/26/2019
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 120475   AMOUNT 400.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____