IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL JAMES WEST, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 3:19-CV-2822-X-BT |
| | § | |
| ABM INDUSTRIES INC & ALLTEX | § | |
| STAFFING AND CONSULTING LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS SO ORDERED this 25th day of September 2020.


_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1